37 A.3d 1089

IN RE CONTEST OF NOVEMBER 8, 2011 GENERAL ELECTION
OF OFFICE OF NEW JERSEY GENERAL ASSEMBLY,
FOURTH LEGISLATIVE DISTRICT.

January 13, 2012.

## ORDER

This matter having been duly presented to the Court on an application for emergent relief by Shelley Lovett, and the Court having entered an interim order on that application on January 10, 2012, and the Court having further reviewed the matter as contemplated by the interim order and having determined to certify the matter directly on its own motion pursuant to *Rule* 2:12–1.